UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES OLIVER,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. SISTO, Warden,<br><br>    Respondent. | No. CV 06-4861-FMC (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation after having made a *de novo* determination of the portions to which objections were directed.

    IT IS ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing the First Amended Petition with prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 21, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE