UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES OLIVER,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. SISTO, Warden,<br><br>    Respondent. | No. CV 06-4861-FMC (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted and the First Amended Petition is dismissed with prejudice.

DATED: July 21, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE